

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00420-CV

_____

GARTH RAYMOND PROIETTI, Appellant

V.

LORIE ANN PROIETTI, Appellee

On Appeal from the 322nd District Court
Tarrant County, Texas
Trial Court No. 322-587262-15

Before Pittman, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Garth Raymond Proietti filed a timely notice of appeal from the trial court's November 19, 2018 "Order on Motion for Declaratory Judgment and Motion for Modification of Spousal Maintenance." The trial court subsequently granted Appellant's motion for new trial on January 31, 2019, while it still had plenary power over the case. *See* Tex. R. Civ. P. 329b(e).

On February 6, 2019, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before February 19, 2019, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Neither party filed a response.

Accordingly, on this court's own motion, we dismiss this appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered:  March 28, 2019